IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BILLY G. FREEMAN**                                                                     **PETITIONER**

**V.**                           **4:03CR00304-2**
                                 **4:06CV00360**

**UNITED STATES OF AMERICA**                                    **RESPONDENT**

## ORDER

Pending is Petitioner Billy G. Freeman's Petition for Writ of Habeas Corpus. The Government is directed to respond to the petition no later than May 22, 2006.

IT IS SO ORDERED this 20th day of April, 2006.

_James M. Moody_
James M. Moody
United States District Judge